IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL J. MORALES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-082 |
| § | |
| § | |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### DEFENDANT'S NOTICE OF
### FILING THE ADMINISTRATIVE TRANSCRIPT

The Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, through Michael T. Shelby, United States Attorney for the Southern District of Texas, hereby files a certified copy of the transcript of the administrative proceeding in this case in accordance with section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, SSA
Special Assistant United States Attorney

By: _____ by permission
TASHA STEVENSON
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 28157
State Bar No. 97245
Office of the General Counsel, SSA
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph.: (214) 767-4536
Fax: (214) 767-9189

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Notice of Filing the Administrative Transcript was sent to The Ingram Law Firm. P.C., John J. Ingram, II, Attorney at Law, 3016-A, N. McColl, McAllen, Texas 78501, via first class mail, postage prepaid, this 03rd day of July, 2003.

_____ by permission
for TASHA STEVENSON
Attorney-in-Charge
Special Assistant United States Attorney