

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Michael J. Morales** | § § § | |
| *Plaintiff,* | § § | |
| Vs. | § § | Civil Action No.:**B-03-082** |
| **Jo Anne B. Barnhart**, Commissioner Social Security Administration | § § § § | |
| *Defendant.* | § | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

I, the undersigned, do hereby certify that the following parties have been served with a duly authorized Summons and a copy of the Compliant for the cause as captioned above:

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

Via Certified Mail
RRR #: 7002 3150 0006 8294 8388
(Return Receipt Attached as Exhibit "A")

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

Via Certified Mail
RRR #: 7002 3150 0006 8294 8401
(Return Receipt Attached as Exhibit "B")

Mr. Michael Shelby, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, TX 77208

Via Certified Mail
RRR #: 7002 3150 0006 8294 8395
(Return Receipt Attached as Exhibit "C")

**WHEREFORE, PREMISES CONSIDERED**, and as attested to by the Exhibits attached and incorporated for all purposes, Plaintiff submits that Service has been Perfected.

Respectfully signed and submitted this the 20th day of February, 2003.

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II
Attorney-In-Charge
TX. Bar No.: 24025447
3016-A N. McColl
McAllen, Texas 78501
Tel:   (956) 661-0074
Fax:   (956) 661-0047

# Exhibit "A"



**JOHN J. INGRAM, II**

# INGRAM
## LAW FIRM, P.C.

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

May 14, 2003

| | |
|---|---|
| The Honorable John Ashcroft<br>United States Attorney General<br>10th Street and Constitution Avenue, N.W.<br>Washington, DC 20530 | Via Certified Mail<br>RRR #:7002 3150 0006 8294 8388 |
| General Counsel Of Social Security Administration<br>6401 Security Boulevard, Room 611<br>Baltimore, MD 21235 | Via Certified Mail<br>RRR #: 7002 3150 0006 8294 8401 |
| Mr. Michael Shelby, U.S. Attorney<br>Southern District Of Texas<br>910 Travis/P.O. Box 61129<br>Houston, Texas 77208-002 | Via Certified Mail<br>RRR #: 7002 3150 0006 8294 8395 |

RE: Cause Number: **B-03-082, Michael J. Morales, Social Security No. 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,** Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter, is a Summons issued in each of your names, as well as a copy of the relative Complaint, sent to each of you respectively and individually via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas         Brownsville Division

Michael J. Morales, *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-03-082**

TO: (Name and address of Defendant)

   The Honorable John Ashcroft
   Attorney General of the United States
   10th Street and Constitution Avenue, N.W.
   Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Ingram Law Firm, P.C.
   John J. Ingram, II
   3016-A N. McColl
   McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ____Sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                     5-1-03

CLERK                                       DATE

(By) DEPUTY CLERK





# UNITED STATES POSTAL SERVICE

Date: 07/09/2003

Fax Transmission To: VICKY CARILLO
Fax Number: 956-631-6915

Dear VICKY CARILLO:

The following is in response to your 07/09/2003 request for delivery information on your Certified item number 70023150000682948388. The delivery record shows that this item was delivered on 05/21/2003 at 04:18 AM in WASHINGTON, DC 20530 to M PARRIS. There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please take this receipt to your local Post Office or postal representative.

Sincerely,

United States Postal Service

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

5p4t05 I C I Michaelus SMorales

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Pos* | ¢ |

Postmark Here

Sent To: The Honorable John Ashcroft
Street, Apt or PO Box: United States Attorney General
10th St. & Constitution Ave. N.W.
City, State: Washington, DC 20530

PS Form 3... or Instructions

7002 3150 0006 8294 8388

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAY 0 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Michael J. Morales<br>Plaintiff | §<br>§<br>§<br>§ |
| vs. | §<br>§ B-03-082<br>§ Case Number<br>§ |
| Jo Anne B. Barnhart, Commissioner of The<br>Social Security Administration,<br>Defendant | §<br>§<br>§<br>§ |

## COMPLAINT

Plaintiff, by her attorney, alleges as follows:

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

2. This action is an appeal from a final administrative decision denying plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated on or about March 21, 2003.

4. Plaintiff resides at P.O. Box 852, Sebastian, Willacy County, Texas 78594.

5. The defendant is the Commissioner of Social Security.

6. Plaintiff is disabled.

7. The conclusions and findings of facts of the defendant are not supported by substantial

evidence and are contrary to law and regulation.

**WHEREFORE**, plaintiff prays that this Court:

1. find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2. remand the case for a further hearing;

3. award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

4. on such other and further relief as the Court deems just and proper.

Dated at McAllen, Texas, the 30th day of April, 2003.

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram, II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A No. McColl
McAllen, Texas 78501
Telephone: (956) 661-0074
Telecopier: (956) 661-0047

# Exhibit "B"

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas        Brownsville Division

Mario J. Morales, *Plaintiff*

**SUMMONS IN A CIVIL CASE**

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

CASE NUMBER: B-03-082

TO: (Name and address of Defendant)

General Counsel, Social Security Administration
Room 611
6401 Security Blvd.
Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ingram Law Firm, P.C.
John J. Ingram, II
3016-A N. McColl
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ___Sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                           5-1-03
CLERK                                             DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total F | | |

Sent To: General Counsel of Soc. Sec. Admin.
Street, or PO E: 6401 Security Blvd., Room 611
City, St: Baltimore, MD 21235

7002 3150 0006 8294 8401

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel of Soc. Sec. Admin.
6401 Security Blvd., Room 611
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  SOCIAL SECURITY ADMINISTRATION   ☐ Agent
   BALTIMORE, MARYLAND 21235        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  MAY 1 9 2003

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7002 3150 0006 8294 8401

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

# Exhibit "C"

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas    Brownsville Division

Michael J. Morales, *Plaintiff*

**SUMMONS IN A CIVIL CASE**

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

CASE NUMBER:   **B-03-082**

TO: (Name and address of Defendant)

    Michael Shelby, U.S. Attorney
    Southern District Of Texas
    910 Travis/P.O. Box 61129
    Houston, TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ingram Law Firm, P.C.
    John J. Ingram, II
    3016-A N. McColl
    McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ____Sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk          5-1-03

CLERK          DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

5/19/03  OFFICI*Michael Shelby*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

Sent To: Mr. Michael Shelby, U.S. Attorney
Street, Apt. or PO Box: Southern District of Texas
910 Travis / P.O. Box 61129
City, State: Houston, Texas 77208

Article tracking: 7002 3150 0006 8294 8395

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Shelby, U.S. Attorney
Southern District of Texas
910 Travis / P.O. Box 61129
Houston, Texas 77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Daniel [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 5-19-3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0006 8294 8395

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509