IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL J. MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. B-03-082 |
| | ) |
| JO ANNE B. BARNHART | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Jo Anne B. Barnhart, the Commissioner of the Social Security Administration, by and through her counsel of record, and hereby moves this Court to grant summary judgment in her favor, the Plaintiff having failed to identify sufficient grounds for remand or reversal of the Commissioner's final administrative decision.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

TINA M. WADDELL
Regional Chief Counsel, Region VI
Special Assistant United States Attorney

_____
TASHA W. STEVENSON
Special Assistant United States Attorney
Attorney in Charge
Arkansas Bar No. 97245
Federal Bar No. 28157
Office of the General Counsel
Social Security Administration, Region VI
1301 Young Street, Suite 430
Dallas, Texas 75202
Telephone (214) 767-4536

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon counsel for the plaintiff, John Ingram, 3016A N. McColl, McAllen, Texas 78501 by certified mail, on this 1st day of August, 2003.

_____
TASHA W. STEVENSON
Special Assistant United States Attorney
Attorney in Charge

2