UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. MORALES, <br> Plaintiff, | § <br> § <br> § | |
| v. | § | CIVIL ACTION NO. B-03-082 |
| | § | |
| JO ANNE B. BARNHART, Commissioner of <br> the Social Security Administration, <br> Defendant. | § <br> § <br> § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the Plaintiff's Motion for Summary Judgment (Docket No. 5) is DENIED, Defendant's Motion for Summary Judgment (Docket No. 7) is GRANTED, and the final decision of the Commissioner of the Social Security Administration is AFFIRMED.

DONE at Brownsville, Texas this 23 day of Feb_____, 2004.

_____
Hilda Tagle
United States District Judge

17