UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District C...
Southern District of Tex...
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL J. MORALES | § |
| | § Civil Action No. B-03-082 |
| Plaintiff | § |
| v. | § |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration | § |
| Defendant | § |

CERTIFICATE STATING NO TRANSCRIPT WILL BE ORDERED

Notice is hereby given that Michael J. Morales, (plaintiff) in the above named case, filed a Notice of Appeal to the United States Court of Appeals for the Fifth Circuit on the 9rd day of March 2004. There were no oral hearings in this case and therefore no transcript of proceedings will be ordered.

John J. Ingram, II
Attorney for Plaintiff
State Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 Telephone
(956) 661-0047 Facsimile