UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL J. MORALES, | § | B-03-082 |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Notice of Appeal |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of the | § | |
| Social Security Administration | § | |
| | § | |
| Defendant | § | |

    Notice is hereby given that Michael J. Morales, (plaintiff) in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order adopting the Magistrate Judge's Report and Recommendation for Civil Action No. B-03-082 entered in this action on the 9rd day of March 2004.

_____
John J. Ingram, II
Attorney for Plaintiff
State Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 Telephone
(956) 661-0047 Facsimile