United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. MORALES, | § | |
| Plaintiff, | § | |
| v. | § | B-03-82 |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 2, 2004, the Court **REMANDED** this case to the Commissioner of the Social Security Administration for a rehearing pursuant to the Fifth Circuit's October 20, 2004, ruling. The Fifth Circuit granted the Commissioner's Unopposed Motion to Remand, reversed this Court's judgment, and determined further administrative proceedings are necessary pursuant to 42 U.S.C. § 405(g).

DONE this 2nd day of November, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge