United States District Court
Southern District of Texas
FILED

NOV 17 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. MORALES | § § | Civil Action No. B-03-082 |
| Plaintiff | § § § | |
| v. | § § | |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration | § § § § § § | |
| Defendant | § | |

**UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT
(28 USC 2412)**

The plaintiff, through the undersigned attorney, JOHN J. INGRAM II, hereby moves the court to award attorney fees and other expenses to be paid by the defendant pursuant to the Equal Access to Justice Act ("EAJA") (28 USC 2412).

The plaintiff asks for an award of attorney fees and other expenses totaling $7,142.50 to be paid to the plaintiff's attorney calculated at a rate of $125.00 per hour for 53.9 hours of work on this case in federal court. The plaintiff is not responsible for payment of any other legal fees or expenses except those which are allowable under EAJA.

The plaintiff is entitled to receive reimbursement for attorney fees and other expenses pursuant to EAJA because (1) the motion is timely filed; (2) the plaintiff is the prevailing party; (3) the plaintiff's net worth did not exceed two million dollars at the time the civil action was filed; and (4) the position of the United States in this case, both in the administrative proceedings and in the civil action, was not substantially justified, and there are no special circumstances

which make an award under EAJA unjust.

This motion is supported by an affidavit of the plaintiff's attorney, and a memorandum of law which briefly addresses all of the requirements for the award of attorney fees and other expenses under EAJA.

Respectfully submitted,

_____
JOHN J. INGRAM II
State Bar No. 24025447
Federal Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 Phone
(956) 661-0047 Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing: "UNOPPOSED MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 USC 2412)" has been furnished to the opposing counsel on November 16, 2004 by United States mail and by facsimile.

> Tasha Stevenson, Attorney-in-Charge
> Special Assistant U. S. Attorney
> Office of the General Counsel, SSA
> 1301 Young Street, Suite 430
> Dallas, Texas 75202
> Telephone: (214) 767-4536
> Facsimile: (214) 767-9189

## CERTIFICATE OF CONFERENCE

On November 16, 2004, Defendant's counsel was contacted regarding the merits of this request for approval of the application for attorney fees and costs. Ms. Stevenson is **unopposed** to the: **"UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT(28 USC 2412)"**.

ATTORNEY FOR PLAINTIFF

3