UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MICHAEL J. MORALES<br><br>　　　　Plaintiff<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration<br><br>　　　　Defendant | Civil Action No. B-03-082 |

## UNOPPOSED ORDER AWARDING ATTORNEY FEES

Having considered the plaintiff's Motion for Award of Attorney Fees and Costs, the Court finds:

1. the application was timely filed;
2. the plaintiff is a prevailing party;
3. the plaintiff had a net worth not exceeding two million dollars at the time the action was filed; and
4. the position of the United States in litigation or in the action of the agency upon which the civil action was based was not substantially justified and there are no special circumstances which make an award under EAJA unjust.

It is, therefore, ORDERED that the United States pay a reasonable attorney's fee of $ 6,737.50 to the plaintiff's counsel along with costs of $ 405.00.

SIGNED this _____ day of _____, 200 ___.

_____
UNITED STATES DISTRICT JUDGE