Exhibit 1
Summary of Attorney Costs and Hours Expended on
Michael Morales  v. Commissioner Of Social Security
Case No. B-03-82

I. Represented Claimant from April 3, 2003 forward.

II. HOURS

| Description | n/c hrs | Hours |
|---|---|---|
| Read ALJ decision & evaluate administrative file for errors of law | | 3.80 |
| Draft complaint | | 0.50 |
| Review transcript of administrative proceedings, legal research for updated case law. | | 2.10 |
| Draft and Revisions of Plaintiff's Brief | | 4.30 |
| Review and Evaluation of Magistrate's Recommendation | | 2.30 |
| Draft of Objections to Magistrate Recommendation | | 5.10 |
| Review District Court Decision for 5th Circuit Appeal | | 4.20 |
| Draft Notice of appeal | | 0.20 |
| Draft Certificate that no transcript to be ordered | | 0.20 |
| Complete Notice of Appearance | | 0.20 |
| Draft and Revisions of Plaintiff's 5th Circuit Brief | | 42.80 |
| prepare EAJA application (estimate) | | 1.00 |
| No Charge Hours | 12.80 | |
| Subtotal | | 66.70 |
| less "no charge" hours | 12.80 | |
| **Total** | | **53.90** |

III. HOURLY RATE: $125 per hour per PL 104-121, eff. 3/29/96

IV. ATTORNEY FEE TOTAL: $125 per hour  X     53.90     $6,737.50

V  COSTS  District Court Filing Fee          $150.00
          5th Circuit Court Filing Fee       $255.00
   Total                                     $405.00

VI  **TOTAL**                                                **$7,142.50**