## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

United States District Court
Southern District of Texas
FILED

DEC 1 6 2004

Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 14, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 04-40324 Morales v. Barnhart
USDC No. 1:03-CV-82

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes     ( ) Envelopes     ( ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _Sabrina B. Short_
Sabrina B. Short, Deputy Clerk
504-310-7817

cc: (letter only)
    Honorable Hilda G Tagle
    Mr John Joseph Ingram
    Ms Tasha W Stevenson

MDT-1