United States Court of Appeals
Fifth Circuit

**F I L E D**

October 20, 2004

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

DEC 1 6 2004

Michael N. Milby
Clerk of Court

---

No. 04-40324
Summary Calendar

---

D.C. Docket No. 1:03-CV-82

MICHAEL J MORALES

       Plaintiff - Appellant

  v.

JO ANNE B BARNHART, Commissioner of the Social Security
Administration

       Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

### J U D G M E N T

    This cause was considered on the record on appeal and the
briefs on file.

    It is ordered and adjudged that the judgment of the District
Court is reversed, and the cause is remanded to the District
Court for further proceedings in accordance with the opinion of
this Court.

    IT IS FURTHER ORDERED that defendant-appellee pay to
plaintiff-appellant the costs on appeal to be taxed by the Clerk
of this Court.

ISSUED AS MANDATE: **DEC 1 4 2004**

A true copy
Test:

Clerk, U.S. Court of Appeals, Fifth Circuit

By Sabrina B Short
Deputy

DEC 1 4 2004

New Orleans, Louisiana

United States Court of Appeals
Fifth Circuit

# F I L E D

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

October 20, 2004

Charles R. Fulbruge III
Clerk

_____

No. 04-40324
Summary Calendar
_____

MICHAEL J. MORALES,

                    Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, Commissioner of
the Social Security Administration,

                    Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-03-CV-82
--------------------

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:*

     Michael J. Morales appeals the affirmance of the

Commissioner's denial of his application for Supplemental

Security Income.  The Commissioner has filed an unopposed motion

to remand for further administrative proceedings, pursuant to the

fourth sentence of 42 U.S.C. § 405(g).

     A remand pursuant to the fourth sentence of 42 U.S.C.

§ 405(g) requires that this court also enter a judgment

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 04-40324
-2-

affirming, reversing, or modifying the Commissioner's decision.
See <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296-97 (1993).  Therefore,
we REVERSE the district court's judgment, GRANT the motion to
remand, and REMAND to the district court with instructions to
remand to the Commissioner for rehearing.